# Order

**Michigan Supreme Court**
Lansing, Michigan

March 21, 2014

147700(42)(43)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA, UAW LOCAL 6000,
MICHIGAN CORRECTIONS
ORGANIZATION SEIU LOCAL 526,
MICHIGAN PUBLIC EMPLOYEES SEIU
LOCAL 517M, and MICHIGAN STATE
EMPLOYEES ASSOCIATION AFSCME,
LOCAL 5,

      Plaintiffs-Appellants,

v

NINO ERWIN GREEN, EDWARD D.
CALLAGHAN, ROBERT LABRANT,
GOVERNOR OF MICHIGAN, and
ATTORNEY GENERAL,

      Defendants-Appellees.
_____/

SC: 147700
COA: 314781

On order of the Chief Justice, the motions of plaintiffs-appellants for immediate consideration and to extend the time to file their brief and appendix on appeal are GRANTED. The brief and appendix will be accepted as timely filed if filed on or before April 9, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2014



Clerk